UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 3023
EYE INJURY PRODUCTS
LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
ALL CASES

### SANOFI US SERVICES INC. AND SANOFI-AVENTIS U.S. LLC'S MOTION TO DISMISS MASTER LONG FORM COMPLAINT

Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi") respectfully submit this Motion to Dismiss Master Long Form Complaint.

As more fully set forth in the attached Memorandum in Support, Plaintiffs' claims against Sanofi should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)     Harley V. Ratliff
**IRWIN FRITCHIE URQUHART & MOORE LLC**     Jon Strongman
400 Poydras Street, Suite 2700     **SHOOK, HARDY & BACON L.L.P.**
New Orleans, LA  70130     2555 Grand Boulevard
Telephone: 504-310-2100     Kansas City, Missouri 64108
Facsimile:  504-310-2120     Telephone: 816-474-6550
dmoore@irwinllc.com     Facsimile:  816-421-5547
    hratliff@shb.com
    jstrongman@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*