UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 22-3023 |
| EYE INJURY PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| This document relates to: | ) | |
| Certain cases | ) | |

## ORDER

As previously ordered (Doc. 501), the Court will hold oral argument on general liability dispositive and expert motions on **June 26-27, 2025**. Oral arguments will begin following the Lead & Liaison Conference and Show Cause Hearing on June 26, 2025 and will continue at **9:00 a.m.** on June 27, 2025. Below is the schedule designating which Motions the Court will hear:

### June 26 at 10:30 a.m.

- Defendant Sanofi's Motion for Summary Judgment Based on Preemption (Doc. 445)
- Defendant Sandoz's Motion for Summary Judgment on Preemption Grounds (Doc. 458)
- Defendant Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 439)

Each Defendant will have 10 minutes to argue their individual motion followed by Plaintiffs for 30 minutes.

### June 26 at 1:00 p.m.

- Plaintiffs' Motion to Exclude Joohee Sul, M.D. (Doc. 460)
- Plaintiffs' Motion to Exclude Robert Ashworth, Ph.D. (Doc. 453)
- Plaintiffs' Motion to Exclude Terrance Ocheltree, Ph.D., R.Ph. (Doc. 454)

Each party will have seven minutes to argue each Motion.

### June 27 at 9:00 a.m.

- Defendant Sanofi's Motion to Exclude Certain Testimony of Dr. David Ross (Doc. 456)

- Defendant Sandoz's Motion to Exclude or Limit Opinions of Dr. David Ross (Doc. 457)

- Defendant Accord's Motion to Exclude Testimony of Dr. David Ross and Joinder in Motions to Exclude Dr. Ross filed by Sandoz and Sanofi Defendants (Doc. 448)

Defendants will have 15 minutes to collectively argue their motions followed by Plaintiffs for 15 minutes.

- Defendants Sanofi, Sandoz, and Accords' Motion to Exclude General Causation Opinions of Josef Thundiyil, MD (Doc. 446)

- Defendants Sanofi, Sandoz, and Accords' Joint Motion to Exclude Dr. Gerald McGwin (Doc. 462)

Each party will have seven minutes to argue each Motion.

New Orleans, Louisiana, this 8th day of May, 2025.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**