UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | MDL NO. 3023 |
| | SECTION "H" (5) |
| **This Document Relates to:** | HON. JANE T. MILAZZO |
| All cases | |

**ORDER**

Plaintiffs have requested that the Court extend the deadlines as to early dispositive motions for bellwether pool cases that are ripe for briefing by one week.[1] Plaintiffs have informed the Court that Defendants Sanofi and Accord do not oppose Plaintiffs' request.[2] **IT IS ORDERED** that the deadlines are hereby **EXTENDED.** The following briefing schedule shall apply:

1. Motions and Briefs:  **June 16, 2025**
2. Opposition Briefs:  **July 7, 2025**
3. Reply Briefs:  **July 21, 2025**

New Orleans, Louisiana, this 4th day of June, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Rec. Doc. 437.
[2] These deadlines do not apply as to Sandoz because Sandoz is currently in the deposition phase.