# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | MDL NO. 3023 <br><br> SECTION "H" (5) |
| **This Document Relates to:** | **HON. JANE T. MILAZZO** |
| *Kimberly Box v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al.* | |
| Cause No. 2:23-cv-02236 | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Kimberly Box, by and through the undersigned counsel, hereby files this stipulation of dismissal of all claims against all Defendants with prejudice. Each party will bear their own attorneys' fees and costs.

Dated: July 17, 2025

Respectfully Submitted,

*/s/ Patrick O. Hotze*
Patrick O. Hotze, TX Bar 24047692
Karen Cannon Shanks, TX Bar 24006955
Justin E. Dunlap, TX Bar 24040835
**HOTZE RUNKLE, PLLC**
1101 S. Capital of Texas Highway
Suite C-100
West Lake Hills, Texas 78746
Tel: (512) 476-7771
photze@hotzerunkle.com
karen@hotzerunkle.com
justin@hotzerunkle.com

Richard M. Paul III, MO Bar 44233
Laura C. Fellows, MO Bar 65896
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Tel: (816) 984-8100
rick@paulllp.com
laura@paulllp.com
*Attorneys for Plaintiff*

Harley V. Ratliff
Torrey Michelle Peterson
Matt DePaz
Christopher J. Kaufman
SHOOK HARDY & BACON, LLP
2555 Grand Blvd.
Kansas City, MO 64108
T: (816) 474-6550
F: (816) 421-5547
E: hratliff@shb.com;
E: tpeterson@shb.com
E: mdepaz@shb.com
E: ckaufman@shb.com

***Attorneys for Defendants Sanofi-Aventis U.S. LLC and Sanofi U.S. Services Inc.:***

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Patrick O. Hotze*