UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 22-3023 SECTION: "H" (5) |
| This document relates to: All cases | ) ) | |

### ORDER

At the request of the parties, the Court previously extended the deadlines as to early dispositive motions for bellwether pool cases.[1] The parties have advised that they have agreed to another brief extension of two days for Plaintiffs' Oppositions and Defendants' Reply Briefs and have requested the Court's approval.

**IT IS ORDERED** that the deadlines for Plaintiffs' responses and Defendants' Reply Briefs are **EXTENDED** as follows:

- Plaintiffs' Oppositions: shall be due on or before **Wednesday, July 9, 2025**.
- Defendants' Reply Briefs: shall be due on or before **Wednesday, July 23, 2025.**

New Orleans, Louisiana, this 16th day of July, 2025.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 540.