# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 22-3023 | |
| EYE INJURY PRODUCTS ) | | |
| LIABILITY LITIGATION ) | SECTION: "H" (5) | |
| ) | | |
| ) | | |
| **This document relates to:** ) | | |
| All cases ) | | |

## ORDER

     This Court previously set a Show Cause Hearing pertaining to product identification evidence and Plaintiff Fact Sheet deficiencies for August 12, 2025.[1] On July 16, 2025, the parties informed the Court that they had resolved the remaining cases subject to the Order to Show Cause and requested that the Court cancel the Hearing.

     Accordingly, **IT IS ORDERED** that the Show Cause Hearing previously set for August 12, 2025 is **CANCELLED.** The parties will update the Court as to the show cause deficiency process at the upcoming Lead & Liaison Conference.

     New Orleans, Louisiana, this 16th day of July, 2025.

                                 **HON. JANE TRICHE MILAZZO**
                                 **UNITED STATES DISTRICT JUDGE**

---

[1] *See* Rec. Docs. 501, 548.