UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 22-3023** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| **-EYE INJURY** | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **Juanita Anderson, Case No.22-cv-4751** | | |

## JUDGMENT

For reasons issued on July 6, 2026, and filed herein (Doc. 640);

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be granted in favor of the defendants and against the plaintiff, and that all of plaintiff's claims in this matter are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 7th day of July, 2026.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE