**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) EYE INJURY PRODUCTS LIABILITY LITIGATION** | **MDL NO. 3023**<br>**SECTION "H" (5)** |
| **THIS DOCUMENT RELATES TO:**<br>**All Cases** | **HON. JANE TRICHE MILAZZO**<br>**MAG. JUDGE MICHAEL NORTH** |

**CASE MANAGEMENT ORDER NO. 20**
**(BELLWETHER II SCHEDULING ORDER)**

The Court previously entered Case Management Order No. 16 ("CMO 16"), which established procedures and schedules governing discovery and the selection and preparation of bellwether cases in this MDL.[1] CMO 16 further provided for the development of schedules governing case-specific fact discovery, case-specific expert discovery, dispositive and *Daubert* motions, and pretrial proceedings.

On September 4, 2026, the parties each submitted proposed schedules for the second round of bellwether cases.[2] Having considered the parties' proposals, the arguments set forth in their letter briefing, and the interests of judicial economy,

**IT IS ORDERED** that the following schedule shall govern the Bellwether II cases:

[1] *See* Doc. 115.
[2] The parties informed the Court that they could not reach an agreement after conferral.

| **Event** | **Deadline** |
|---|---|
| **Phase I — Records and Targeted Discovery** | |
| **All Bellwether II plaintiffs produce updated records authorizations**; Sanofi may initiate records collection and serve written discovery to the extent not duplicative of the PFS process | **September 15, 2026** |
| **Phase I deposition discovery opens**—in each case, Sanofi may depose plaintiff and up to three additional case-specific witnesses; plaintiff may select two case-specific witnesses | **November 2, 2026** |
| **Phase I discovery closes**[3] | **February 1, 2027** |
| **Early Dispositive Motions (SOL / LID)** | |
| **Early motions for summary judgment on statute of limitations and learned intermediary doctrine** | **March 1, 2027** |
| *— Oppositions due* | *March 15, 2027* |
| *— Reply briefs due* | *March 29, 2027* |
| *— Oral argument* | *Week of April 19-23, 2027* |
| **Ruling on MSJs**<br>*(Court may provide rulings without full orders so parties can continue with cases)* | **May 17, 2027** |
| **Phase II — Case-Specific Discovery (following ruling)** | |
| **Parties confer regarding trial case selection** | **May 24, 2027** |
| **Phase II fact discovery opens** (full case-specific discovery); depositions of remaining case-specific fact witnesses | **June 1, 2027** |
| **Preliminary witness and exhibit lists due** | **June 1, 2027** |
| **Plaintiff case-specific expert reports due** | **June 1, 2027** |
| **Plaintiff expert depositions completed** | **July 1, 2027** |
| **Sanofi case-specific expert reports due** | **July 8, 2027** |
| **Sanofi expert depositions completed** | **August 5, 2027** |
| **Rebuttal expert reports (with showing of good cause) due** | **August 6, 2027** |
| **Rebuttal expert depositions completed** | **August 13, 2027** |
| **Phase II fact discovery closes** | **August 13, 2027** |

| Event | Deadline |
|---|---|
| **Trial Preparation (from close of Phase II discovery)** | |
| **Daubert motions due** | **August 20, 2027** |
| *— Daubert oppositions due* | *September 10, 2027* |
| *— Daubert replies due* | *September 24, 2027* |
| *— Daubert oral argument* | *Week of October 4-6, 2027* |
| **Juror questionnaire due** | **September 3, 2027** |
| **Final witness list due** | **September 3, 2027** |
| *— Objections to witness lists due* | *September 24, 2027* |
| **Deposition designations due** | **September 3, 2027** |
| *— Objections and counter-designations due* | *September 24, 2027* |
| *— Objection responses; objections to counter-designations due* | *October 1, 2027* |
| **Motions in limine due** | **September 10, 2027** |
| *— MIL oppositions due* | *September 28, 2027* |
| *— MIL Oral Argument* | *Week of October 4-8, 2027* |
| **Final exhibit list due (objections to exhibits taken up the night before an exhibit is used at trial)** | **October 4, 2027** |
| **Proposed jury charge due** | **October 11, 2027** |
| **Joint proposed pretrial order due** | **October 6, 2027** |
| **Final Pretrial Conference** | **October 13, 2027** |
| **Trial** | **Trial to Begin October 18, 2027** *(anticipated length 5-10 days)* |

New Orleans, Louisiana, this 8th day of September, 2026.

**HON. JANE TRICHE MILAZZO,**
**UNITED STATES DISTRICT JUDGE**

[3] If the parties are unable to obtain complete records by the close of discovery, the parties will work in good faith to extend the close of discovery as necessary.